# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBERT J. SOLOMON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, MATTHEW K. HARBAUGH. KATHLEEN A. SCHAEFER, MELVIN D. BOOTH, DAVID R. CARLUCCI, J. MARTIN CARROLL, DIANE H. GULYAS, NANCY S. LURKER, JOANN A. REED, ANGUS C. RUSSELL, VIRGIL D. THOMPSON, KNEELAND C. YOUNGBLOOD, and JOSEPH A. ZACCAGNINO,<br><br>                        Defendants. | Civil Action:  4:17-cv-02042-AGF |

## **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff Robert J. Solomon files this notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Plaintiff Robert J. Solomon is voluntarily dismissing the action in this district with an intention to re-file in the United States District Court for the District of Columbia, where other actions based on similar facts are pending. Plaintiff intends to ask for his action, once refiled, to be coordinated with the actions pending in the District of Columbia.

Dated:  September 6, 2017

Respectfully submitted,

**DYSART TAYLOR COTTER McMONIGLE & MONTEMORE, P.C.**

By: *s/ Don R. Lolli*_____
    Don R. Lolli (#ED 56263MO)
4420 Madison Avenue, Suite 200
Kansas City, MO  64111
Telephone: (816) 931-270
Facsimile: (816) 931-7377
Email: dlolli@DysartTaylor.com

*Local Counsel for Plaintiff*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY  10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email:  tjmckenna@gme-law.com
Email:  gegleston@gme-law.com

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

>                             */s/ Don R. Lolli*
>                             Don R. Lolli